# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Julio Cesar Solis Salazar**<br>DOB: 2001; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**22-08413MJ** |

Complaint for violation of Title 18, United States Code, Section 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about January 9, 2022, in the District of Arizona, **Julio Cesar Solis Salazar** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: a Beretta 9mm pistol, six 15-round 9mm pistol magazines, two 30-round 9mm pistol magazines, and 95 rounds of 9mm ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On January 9, 2022, **Julio Cesar Solis Salazar** was the driver of a vehicle traveling south toward Mexico on Forest Service Road 61 near Acorn Wash. Law enforcement agents observed **Solis Salazar** stop his vehicle, exit the vehicle, and place several items in the nearby brush. Agents responded to the area and found duffle bags containing a Beretta 9mm pistol and a total of eight loaded 9mm pistol magazines (six 15-round magazines and two 30-round magazines) containing a total of 95 rounds of 9mm ammunition.

Agents stopped **Solis Salazar**'s vehicle. After being advised of and waiving his *Miranda* rights, **Solis Salazar** stated to agents that he had dropped the duffle bags containing the pistol, magazines, and ammunition in the brush where they were found. **Solis Salazar** stated another individual directed him to pick something up at a convenience store before driving to Mexico. **Solis Salazar** then met an unknown man at the convenience store, who gave him heavy duffle bags containing what he believed to be a pistol, magazines, and ammunition. **Solis Salazar** was directed to leave the bags in the brush near the United States/Mexico border where another individual would pick them up and take them into Mexico to be used by a criminal organization. **Solis Salazar** agreed to do this in exchange for payment of $500.

The pistol, magazines, and ammunition that **Solis Salazar** smuggled and intended to be exported to Mexico are designated on the United States Commerce Control List as prohibited by law for export from the United States into Mexico without a valid license. Neither **Solis Salazar** nor any other individual involved in the attempted export of these items had a license or any other lawful authority to export them from the United States into Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>**ANGELA WOOLRIDGE** Digitally signed by ANGELA WOOLRIDGE Date: 2022.01.10 08:02:43 -07'00'<br>AUTHORIZED AUSA *Angela W. Woolridge*<br>Sworn by telephone  x<br>SIGNATURE OF MAGISTRATE JUDGE | SIGNATURE OF COMPLAINANT<br>**RAFAEL GOMEZ** Digitally signed by RAFAEL GOMEZ Date: 2022.01.10 08:07:39 -07'00'<br>OFFICIAL TITLE<br>HSI Special Agent Rafael Gomez<br><br>DATE<br>January 10, 2022 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54